IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINISAR CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

OPLINK COMMUNICATIONS INC., a Delaware corporation, and OPTICAL COMMUNICATION PRODUCTS, INC., a Delaware corporation,

    Defendants.

No. C 10-005617 WHA

**ORDER FINDING THAT CASES ARE NOT RELATED**

On December 27, 2010, plaintiff Finisar Corporation filed an administrative motion to consider whether Finisar Corporation v. Oplink Communications Inc., C 10-05617 JCS, should be related to Finisar Corporation v. Source Photonics, C 10-0032 WHA. Having reviewed the two case files, the undersigned judge finds that these two actions are not related. The only issues the undersigned judge addressed in the earlier action were related to misjoinder, and those issues are not present in the new pleading. Because the undersigned judge did not reach issues related to the merits of the underlying patents in the earlier action, no duplication of effort will result from leaving the assignment of the newer action undisturbed.

**IT IS SO ORDERED.**

Dated: January 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE