COOLEY LLP
THOMAS J. FRIEL, JR. (State Bar No. 80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

SARAH J. GUSKE (State Bar No. 232467)
(sguske@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone:   (720) 566-4000
Facsimile:   (720) 566-4099

Attorneys for Defendants
OPLINK COMMUNICATIONS INC., and
OPTICAL COMMUNICATION PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>OPLINK COMMUNICATIONS INC., a Delaware corporation, OPTICAL COMMUNICATION PRODUCTS, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 5:10-cv-05617-JW (HRL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties, subject to the Court's approval, that defendants Oplink Communications, Inc. and Optical Communication Products, Inc. shall have up to and through January 24, 2011 to answer, move, or otherwise respond to plaintiff Finisar Corporation's Complaint. No other dates are affected by this Stipulation and Order.

| | | |
|---|---|---|
| 1 | Dated: December 22, 2010 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Sarah J. Guske* |
| 4 | | Sarah J. Guske |
| 5 | | Attorneys for Defendants OPLINK COMMUNICATIONS, INC. AND OPTICAL COMMUNICATION PRODUCTS, INC. |
| 6 | Dated: December 22, 2010 | MORGAN LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | By: */s/ Michael J. Lyons* |
| 9 | | Michael J. Lyons |
| 10 | | Attorneys for Plaintiff FINISAR CORPORATION |

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: January 11, 2011

_____
The Honorable James Ware
United States District Chief Judge

### ATTESTATION CLAUSE

I, Sarah J. Guske, hereby attest in accordance with General Order No. 45.X(B) that Michael J. Lyons, counsel for Plaintiff Finisar Corporation has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT.

Dated: December 22, 2010            */s/ Sarah J. Guske*
                                    Sarah J. Guske