| | |
|---|---|
| COOLEY LLP<br>THOMAS J. FRIEL, JR.<br>(State Bar No. 80065)<br>(tfriel@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>MARK T. SMITH (State Bar No. 260845)<br>(msmith@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5122<br>Facsimile: (650)857-0663<br><br>SARAH J. GUSKE (State Bar No. 232467)<br>(sguske@cooley.com)<br>WAYNE O. STACY (*pro hac vice*)<br>(wstacy@cooley.com)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099<br><br>Attorneys for Defendants<br>OPLINK COMMUNICATIONS, INC., and<br>OPTICAL COMMUNICATION<br>PRODUCTS, INC. | Daniel Johnson, Jr. (State Bar No. 57409)<br>Michael J. Lyons (State Bar No. 202284)<br>Harry F. Doscher (State Bar No. 245969)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Telephone: 650.843.4000<br>Facsimile: 650.843.4001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: mlyons@morganlewis.com<br>E-mail: hdoscher@morganlewis.com<br><br>Attorneys for Plaintiff<br>FINISAR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>OPLINK COMMUNICATIONS, INC., a Delaware corporation, OPTICAL COMMUNICATION PRODUCTS, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 5:10-cv-05617-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE** |

1.    **JOINT STIPULATION AND ORDER EXTENDING DEADLINE**
       **CASE NO. 5:10-CV-05617-EJD**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Whereas*, on April 25, 2011, this Court entered a Reassignment Order requiring the parties to submit a Joint Case Management Statement within ten (10) days;

*Whereas*, Oplink has requested, and Finisar has agreed, to stipulate to extend the deadline by one day, to May 6, 2011, and respectfully request that the Court permit the extension,

***It is hereby Stipulated and Ordered that:*** The date for filing a Joint Case Management Statement shall be extended to May 6, 2011.

*So Stipulated:*

Dated: May 5, 2011                                 COOLEY LLP

                                                                    *s/ Sarah J. Guske*
                                                                    Sarah J. Guske (232467)

                                                                    Attorneys for Defendants
                                                                    OPLINK COMMUNICATIONS, INC., AND
                                                                    OPTICAL COMMUNICATION PRODUCTS,
                                                                    INC.

Dated: May 5, 2011                                 MORGAN, LEWIS & BOCKIUS LLP

                                                                    *s/ Harry F. Doscher (with permission)*
                                                                    Harry F. Doscher (245969)

                                                                    Attorneys for Plaintiff
                                                                    FINISAR CORPORATION

*Filer's Attestation re signatures: Sarah J. Guske hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 6, 2011                                 _____
                                                                    United States District Court Judge

356028 v1/CO

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

JOINT STIPULATION AND ORDER
EXTENDING DEADLINE
CASE NO. 5:10-CV-05617-EJD