| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409)<br>MICHAEL J. LYONS (SBN 202284)<br>HARRY F. DOSCHER (SBN 245969)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: mlyons@morganlewis.com<br>E-mail: hdoscher@morganlewis.com<br><br>Attorneys for Plaintiff<br>FINISAR CORPORATION | THOMAS J. FRIEL, JR. (SBN 80065)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel.: 415.693.2000<br>Fax: 415.693.2222<br>E-mail: tfriel@cooley.com<br><br>MARK T. SMITH (SBN 260845)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Tel.: 650.843.5122<br>Fax: 650.857.0663<br>E-mail: msmith@cooley.com<br><br>SARAH J. GUSKE (SBN 232467)<br>WAYNE O. STACY (*pro hac vice*)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Tel.: 720.566.5000<br>Fax: 720.566.4099<br>E-mail: sguske@cooley.com<br>E-mail: wstacy@cooley.com<br><br>Attorneys for Defendants<br>OPLINK COMMUNICATIONS, INC., and<br>OPTICAL COMMUNICATION PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>       v.<br><br>OPLINK COMMUNICATIONS INC., *ET AL*.<br><br>    Defendants. | Case No. 5:10-cv-05617 EJD<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING MEDIATION DEADLINE
NO. 5:10-CV-05617 EJD

DB2/ 22463537.2

*Whereas*, the Court's February 24, 2011 Order Setting ADR Process directed the Parties to participate in private mediation within 90 days of that Order;

*Whereas*, the parties have identified mutually agreeable mediators;

*Whereas*, Oplink's counsel, due to an upcoming trial, has requested to extend the deadline to participate in private mediation until August 2011;

*Whereas*, Finisar is amenable to so extending the mediation deadline;

*Whereas*, the Parties have directly engaged in informal settlement discussions;

*Whereas*, based on the Parties' positions during those informal discussions, Finisar has proposed that formal mediation may be more productive if further extended until after the claim construction hearing in this case, which is scheduled for October 21, 2011;

*Whereas*, the Parties previously stipulated to extend the deadline for Defendants to respond to Plaintiff's Complaint, and to extend the deadline to file a Joint Case Management Statement;

*Whereas*, the Parties do not believe that an extension of the mediation deadline would affect the Court's schedule for this case;

***Therefore***, the Parties hereby stipulate and move the Court to extend the deadline to participate in private mediation until October 31, 2011.

*So Stipulated:*

Dated: May 25, 2011

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ Harry F. Doscher
Harry F. Doscher
Attorneys for Plaintiff
FINISAR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
NO. 5:10-CV-05617 EJD

DB2/ 22463537.2

| | |
|---|---|
| Dated: May 25, 2011 | COOLEY LLP |
| | /s/ Sarah J. Guske<br>Sarah J. Guske<br>Attorneys for Defendants<br>OPLINK COMMUNICATIONS, INC.<br>AND OPTICAL COMMUNICATION<br>PRODUCTS, INC. |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Harry F. Doscher, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of May, 2011, at Cincinnati, Ohio.

/s/ Harry F. Doscher
Harry F. Doscher

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

Dated: __May 25__, 2011            _____
                                                                The Honorable Edward J. Davila
                                                                United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING DEADLINE
NO. 5:10-CV-05617 EJD

DB2/ 22463537.2