| | |
|---|---|
| COOLEY LLP<br>THOMAS J. FRIEL, JR.<br>(State Bar No. 80065)<br>(tfriel@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000<br>Facsimile:      (415) 693-2222<br><br>MARK T. SMITH (State Bar No. 260845)<br>(msmith@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Telephone:     (650) 843-5122<br>Facsimile:      (650)857-0663<br><br>SARAH J. GUSKE (State Bar No. 232467)<br>(sguske@cooley.com)<br>WAYNE O. STACY (*pro hac vice*)<br>(wstacy@cooley.com)<br>BRIAN EUTERMOSER (*pro hac vice*)<br>(beutermoser@cooley.com)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>Telephone:     (720) 566-4000<br>Facsimile:      (720) 566-4099<br><br>Attorneys for Defendants<br>OPLINK COMMUNICATIONS, INC., and<br>OPTICAL COMMUNICATION PRODUCTS, INC. | Daniel Johnson, Jr. (State Bar No. 57409)<br>Michael J. Lyons (State Bar No. 202284)<br>Harry F. Doscher (State Bar No. 245969)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306-2122<br>Telephone:  650.843.4000<br>Facsimile:  650.843.4001<br>E-mail:  djjohnson@morganlewis.com<br>E-mail:  mlyons@morganlewis.com<br>E-mail:  hdoscher@morganlewis.com<br><br>Attorneys for Plaintiff<br>FINISAR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>OPLINK COMMUNICATIONS, INC., a Delaware corporation, OPTICAL COMMUNICATION PRODUCTS, INC., a Delaware corporation,<br><br>            Defendants. | Case No.  5:10-cv-05617-EJD<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE** |

1   *Whereas*, on March 9, 2011, this Court entered a Patent Scheduling Order, which requires the parties to exchange Patent Local Rule 4-2 disclosures on June 6, 2011 (D.I. 30 at 3 (requiring parties to exchange Patent L.R. 4-2 disclosures 20 days after the Patent L.R. 4-1 disclosure exchange));

*Whereas*, Oplink Communications, Inc. and Optical Communication Products, Inc. (collectively, "Oplink") have requested to extend the Patent Local Rule 4-2 disclosure deadline by four days, to June 10, 2011;

*Whereas*, Oplink has agreed to provide revised Patent L.R. 4-1 disclosures on June 6, 2011, reducing in good faith the number of proposed claim terms for construction;

*Whereas*, Finisar Corporation has agreed to Oplink's requested time extension;

*Whereas*, the parties hereby stipulate to extend the Patent Local Rule 4-2 disclosure deadline by four days, to June 10, 2011, and respectfully request that the Court permit the extension;

*Whereas*, the requested extension will not impact any other dates in this case;

*It is hereby Stipulated that:* The date for the parties to exchange Patent Local Rule 4-2 disclosures shall be extended to June 10, 2011.

*So Stipulated:*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**JOINT STIPULATION AND ORDER
EXTENDING DEADLINE
CASE NO. 5:10-CV-05617-EJD**

| | | |
|---|---|---|
| 1 | Dated: June 3, 2011 | COOLEY LLP |
| 2 | | |
| 3 | | _s/ Sarah Guske_ |
| 4 | | Sarah J. Guske (232467) |
| 5 | | Attorneys for Defendants<br>OPLINK COMMUNICATIONS, INC., AND |
| 6 | | OPTICAL COMMUNICATION PRODUCTS, INC. |
| 7 | | |
| 8 | Dated: June 3, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | | |
| 10 | | _s/ Harry Doscher (with permission)_<br>Harry F. Doscher (245969) |
| 11 | | Attorneys for Plaintiff |
| 12 | | FINISAR CORPORATION |

*Filer's Attestation re signatures: Sarah J. Guske hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June  6 , 2011

_[signature]_
Edward J. Davila
United States District Court Judge

357489 v1/CO

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

**JOINT STIPULATION AND ORDER
EXTENDING DEADLINE
CASE NO. 5:10-CV-05617-EJD**