**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Finisar Corporation et al, | NO. 5:10-cv-05617 EJD |
| Plaintiff(s), | **ORDER TRANSFERRING ACTION** |
| v. | |
| Oplink Communications Inc. Et al, | |
| Defendant(s). | |

This matter is hereby transferred to Judge Richard Seeborg for all further proceedings. Any existing scheduling deadlines and hearing dates are vacated.

IT IS SO ORDERED.

Dated: June 8, 2011

EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Johnson djjohnson@morganlewis.com
Harry Frederick Doscher hdoscher@morganlewis.com
Mark Thomas Smith msmith@cooley.com
Michael John Lyons mlyons@morganlewis.com
Orion Armon oarmon@cooley.com
Sarah JoAnn Guske sguske@cooley.com
Thomas J. Friel tfriel@cooley.com
Wayne O. Stacy wstacy@cooley.com

**Dated: June 8, 2011**               **Richard W. Wieking, Clerk**

                                                        **By:     /s/ EJD Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California