UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 6/30/11                                      Time in Court: **15 min.**

**Case No.:** C 10-05617 RS

**Case Title:** Finisar Corp., v. Oplink Communications

**Appearances:**

      For Plaintiff(s): Dion Bregman, Michael Lyons

      For Defendant(s): Mark Smith, Thomas Friel

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Not Reported

### PROCEEDINGS

Initial Case Management Conference Hearing Held.

### SUMMARY

Parties shall submit letter briefing on or before 7/8/11. Case Management Conference Scheduling Order to Follow.