*E-Filed 8/2/11*

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Daniel Johnson, Jr. (State Bar No. 57409)<br>Michael J. Lyons (State Bar No. 202284)<br>Dion M. Bregman (State Bar No. 208393)<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306-2122<br>Telephone:  650.843.4000<br>Facsimile:  650.843.4001<br>E-mail:  djjohnson@morganlewis.com<br>E-mail:  mlyons@morganlewis.com<br>E-mail:  dbregman@morganlewis.com<br><br>Attorneys for Plaintiff<br>FINISAR CORPORATION | COOLEY LLP<br>Thomas J. Friel, Jr. (State Bar No. 80065)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone:  415.693.2000<br>Facsimile:  415.693.2222<br>Email:  tfriel@cooley.com<br><br>Mark T. Smith (State Bar No. 260845)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone:  650.843.5122<br>Facsimile:  650.857.0663<br>Email:  msmith@cooley.com<br><br>Wayne Stacy (pro hac vice)<br>Orion Armon (pro hac vice)<br>Sarah J. Guske (State Bar No. 232467)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: 720.566.4000<br>Facsimile: 720.566.4099<br>Email:  wstacy@cooley.com<br>Email:  oarmon@cooley.com<br>Email:  sguske@cooley.com<br><br>Attorneys for Defendants<br>OPLINK COMMUNICATIONS INC., and<br>OPTICAL COMMUNICATION PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>OPLINK COMMUNICATIONS, INC., *et al.*,<br><br>   Defendants. | Case No. 3:10-cv-5617 RS<br><br>AMENDED JOINT SCHEDULE AND [~~PROPOSED~~] ORDER |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22579041.2

AMENDED JOINT SCHEDULE AND ~~PROPOSED~~ ORDER
CASE NO. 3:10-cv-5617 RS

Pursuant to the Court's July 22, 2011 Order and further communication on July 29, 2011 Plaintiff Finisar Corporation ("Finisar") and Defendants Oplink Communications Inc. and Optical Communication Products, Inc. (collectively "Oplink" or "Defendants") hereby submit the following Amended Joint Schedule.

**~~Proposed~~ Schedule:**

| | |
|---|---|
| Joint Claim Construction and Prehearing Statement | October 24, 2011 |
| Close of Claim Construction Discovery | November 14, 2011 |
| Finisar's Opening Claim Construction Brief | November 30, 2011 |
| Oplink's Responsive Claim Construction Brief | December 14, 2011 |
| Finisar's Reply Claim Construction Brief | December 21, 2011 |
| Case Tutorial | January 18, 2012 at 9 a.m. |
| Claim Construction Hearing | January 20, 2012 at 9 a.m. |

Dated: August 1, 2011                           Respectfully submitted,

                                                MORGAN, LEWIS & BOCKIUS LLP


                                                By  /s/ Michael J. Lyons
                                                    Michael J. Lyons
                                                    Attorneys for Plaintiff
                                                    FINISAR CORPORATION

Dated: August 1, 2011                           COOLEY LLP


                                                By  /s/ Sarah J. Guske
                                                    Sarah J. Guske
                                                    Attorneys for Defendants
                                                    OPLINK COMMUNICATIONS INC., and
                                                    OPTICAL COMMUNICATION
                                                    PRODUCTS, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of August, 2011, at Palo Alto, California.


                                                /s/ Michael J. Lyons
                                                Michael J. Lyons

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1    AMENDED JOINT SCHEDULE AND P~~ROPOSED~~ ORDER
     CASE NO. 3:10-cv-5617 RS

DB2/ 22579041.2

## [~~PROPOSED~~] ORDER

The Court having considered the schedule above, and upon good cause showing,

**IT IS HEREBY ORDERED:**

The Amended Joint Schedule and Proposed Order is adopted by the Court. The parties shall comply with this Order.

Dated: __8/2__, 2011

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

AMENDED JOINT SCHEDULE AND ~~PROPOSE~~D ORDER
CASE NO. 3:10-cv-5617 RS

DB2/ 22579041.2