| | |
|---|---|
| COOLEY LLP<br>THOMAS J. FRIEL, JR.<br>(State Bar No. 80065)<br>(tfriel@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>MARK T. SMITH (State Bar No. 260845)<br>(msmith@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5122<br>Facsimile: (650)857-0663<br><br>SARAH J. GUSKE (State Bar No. 232467)<br>(sguske@cooley.com)<br>WAYNE O. STACY (*pro hac vice*)<br>(wstacy@cooley.com)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099<br><br>Attorneys for Defendants<br>OPLINK COMMUNICATIONS, INC., and<br>OPTICAL COMMUNICATION PRODUCTS, INC. | Daniel Johnson, Jr. (State Bar No. 57409)<br>Michael J. Lyons (State Bar No. 202284)<br>Harry F. Doscher (State Bar No. 245969)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Telephone: 650.843.4000<br>Facsimile: 650.843.4001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: mlyons@morganlewis.com<br>E-mail: hdoscher@morganlewis.com<br><br>Attorneys for Plaintiff<br>FINISAR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>OPLINK COMMUNICATIONS, INC., a Delaware corporation, OPTICAL COMMUNICATION PRODUCTS, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 5:10-cv-05617-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE** |

*Whereas*, the parties seek the Court's clarification of certain deadlines and requirements relating to issues of validity under 35 U.S.C. § 112;

*It is hereby Stipulated and Ordered that:*:

1. Other than for terms for which a party otherwise seeks a construction from the Court or for 35 U.S.C. § 112(6) terms, it is not necessary for the parties to address 35 U.S.C. § 112 invalidity issues in Patent Local Rule 4 disclosures and not addressing such issues in the Patent Local Rule 4 disclosures will not be deemed a waiver of any of parties' rights, defenses, or claims.

2. The deadline for filing any opening motions for summary judgment relating to alleged invalidity under 35 U.S.C. § 112 will be the same as the deadline for filing opening summary judgment briefs on other issues—a deadline which has yet to be ordered by the Court,

*So Stipulated:*

Dated: October 24, 2011         COOLEY LLP

                                *s/Sarah J. Guske*
                                Sarah J. Guske (232467)

                                Attorneys for Defendants
                                OPLINK COMMUNICATIONS, INC., AND
                                OPTICAL COMMUNICATION PRODUCTS,
                                INC.

Dated: October 24, 2011         MORGAN, LEWIS & BOCKIUS LLP

                                *s/Dion Bregman*
                                Dion Bregman

                                Attorneys for Plaintiff
                                FINISAR CORPORATION

*Filer's Attestation re signatures:* Sarah J. Guske hereby attests that concurrence in the filing of this document has been obtained.

IT IS SO ORDERED:

Dated: October 25, 2011         _____
                                United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

JOINT STIPULATION AND ORDER
EXTENDING DEADLINE
CASE NO. 5:10-CV-05617-RS