UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FINISAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPLINK COMMUNICATIONS INC., et al.,<br><br>Defendants.<br>_____/ | No. C 10-05617 RS (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiff's motion for a protective order, electronically filed on November 18, 2011, which is a discovery matter, to United States Magistrate Judge Laurel Beeler. Motion, ECF No. 68. Referral Order, ECF No. 70. The motion was noticed for hearing on December 29, 2011.

The Court **VACATES** the current hearing date and **DENIES** the pending discovery motion without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion. After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

C 10-05617 RS (LB)
NOTICE OF REFERRAL AND ORDER

**IT IS SO ORDERED.**

Dated: November 28, 2011

_____
LAUREL BEELER
United States Magistrate Judge