| | |
|---|---|
| Daniel Johnson, Jr. (State Bar No. 57409)<br>Michael J. Lyons (State Bar No. 202284)<br>Dion M. Bregman (State Bar No. 208393)<br>Ahren C. Hsu-Hoffman (State Bar No. 250469)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: mlyons@morganlewis.com<br>E-mail: dbregman@morganlewis.com<br>E-mail: ahsu-hoffman@morganlewis.com<br><br>Attorneys for Plaintiff<br>FINISAR CORPORATION | THOMAS J. FRIEL, JR. (SBN 80065)<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel.: 415.693.2000<br>Fax: 415.693.2222<br>E-mail: tfriel@cooley.com<br><br>MARK T. SMITH (SBN 260845)<br>COOLEY LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Tel.: 650.843.5122<br>Fax: 650.857.0663<br>E-mail: msmith@cooley.com<br><br>SARAH J. GUSKE (SBN 232467)<br>WAYNE O. STACY (pro hac vice)<br>COOLEY LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Tel.: 720.566.5000<br>Fax: 720.566.4099<br>E-mail: sguske@cooley.com<br>E-mail: wstacy@cooley.com<br><br>Attorneys for Defendants<br>OPLINK COMMUNICATIONS, INC.,<br>and OPTICAL COMMUNICATION<br>PRODUCTS, INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OPLINK COMMUNICATIONS INC.,<br>OPTICAL COMMUNICATION<br>PRODUCTS, INC.,<br><br>　　　　Defendants. | CASE NO. 3:10-cv-05617 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO AMEND CLAIM<br>CONSTRUCTION SCHEDULE UNDER<br>CIV. L.R. 6-2** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO AMEND CLAIM CONSTRUCTION
SCHEDULE; CASE NO. 3:10-CV-05617 RS

DB2/ 22823785.1

Plaintiff FINISAR CORPORATION ("Finisar") and Defendants OPLINK COMMUNICATIONS INC., OPTICAL COMMUNICATION PRODUCTS, INC. ("Oplink"), by and through their respective counsel, hereby submit, pursuant to Civil L.R. 6-1(b), 6-2 and 7-12, this stipulated and agreed request that the Court delay the Claim Construction Briefing Schedule by two weeks.

WHEREAS the parties participated in Court-ordered mediation before Mr. Wulff on November 30, 2011;

WHEREAS the parties are participating in good faith in continuing, active negotiations towards a settlement;

WHEREAS the parties believe in good faith that this litigation may be settled within the next two weeks;

WHEREAS the Court issued its Amended Joint Schedule and Order (Docket No. 54) on August 2, 2011 (the "Scheduling Order");

WHEREAS the Scheduling Order requires Finisar to file its Patent L.R. 4-5(a) Opening Claim Construction Brief on November 30, 2011;

WHEREAS the Scheduling Order requires Oplink to file its Patent L.R. 4-5(b) Responsive Claim Construction Brief on December 14, 2011;

WHEREAS the Scheduling Order requires Finisar to file its Patent L.R. 4-5(c) Reply Claim Construction Brief on December 21, 2011;

WHEREAS the Scheduling Order set a tutorial for the Court on January 18, 2012;

WHEREAS the Scheduling Order set the Claim Construction Hearing on January 20, 2012;

WHEREAS the requested time modification will have no effect on any other scheduled dates;

WHEREAS the parties agree that delaying the claim construction briefing schedule by about two weeks may prevent unnecessary expense, promote judicial economy, and increase the likelihood of an extra-judicial settlement in this litigation;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1   STIPULATION TO AMEND CLAIM CONSTRUCTION
    SCHEDULE; CASE NO. 3:10-CV-05617 RS

DB2/ 22823785.1

**IT IS HEREBY STIPULATED AND AGREED:**

Subject to the Court's approval, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Patent L.R. 4-5(a) Opening Claim Construction Brief | December 14, 2011 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | January 4, 2012 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | January 11, 2012 |
| Tutorial | January 18, 2012 (unchanged) |
| Claim Construction Hearing | January 20, 2012 (unchanged) |

Dated: November 30, 2011  RESPECTFULLY SUBMITTED,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Michael J. Lyons
Michael J. Lyons
Attorneys for Plaintiff
FINISAR CORPORATION

I, Michael J. Lyons, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that the signatory identified below has concurred in this filing.

Dated: November 30, 2011  COOLEY LLP

By /s/ Sarah J. Guske
Sarah J. Guske
Attorneys for Defendant
OPLINK COMMUNICATIONS INC.,
OPTICAL COMMUNICATION
PRODUCTS, INC.,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22823785.1

2  STIPULATION TO AMEND CLAIM CONSTRUCTION
SCHEDULE; CASE NO. 3:10-CV-05617 RS

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

That the Stipulation and [Proposed] Order To Amend Claim Construction Schedule Under Civ. L.R. 6-2 is hereby adopted by the Court. The parties shall comply with this Order.

Dated: __December 1____, 2011

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE