*E-Filed 12/14/11*

Daniel Johnson, Jr. (State Bar No. 57409)
Michael J. Lyons (State Bar No. 202284)
Dion M. Bregman (State Bar No. 208393)
Ahren C. Hsu-Hoffman (State Bar No. 250469)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: djjohnson@morganlewis.com
E-mail: mlyons@morganlewis.com
E-mail: dbregman@morganlewis.com
E-mail: ahsu-hoffman@morganlewis.com

Attorneys for Plaintiff
FINISAR CORPORATION

THOMAS J. FRIEL, JR. (SBN 80065)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel.: 415.693.2000
Fax: 415.693.2222
E-mail: tfriel@cooley.com

MARK T. SMITH (SBN 260845)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel.: 650.843.5122
Fax: 650.857.0663
E-mail: msmith@cooley.com

SARAH J. GUSKE (SBN 232467)
WAYNE O. STACY (pro hac vice)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Tel.: 720.566.5000
Fax: 720.566.4099
E-mail: sguske@cooley.com
E-mail: wstacy@cooley.com

Attorneys for Defendants
OPLINK COMMUNICATIONS, INC.,
and
OPTICAL COMMUNICATION
PRODUCTS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPLINK COMMUNICATIONS INC.,<br>OPTICAL COMMUNICATION<br>PRODUCTS, INC.,<br><br>Defendants. | CASE NO. 3:10-cv-05617 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND CLAIM CONSTRUCTION SCHEDULE UNDER CIV. L.R. 6-2** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO AMEND CLAIM CONSTRUCTION
SCHEDULE; CASE NO. 3:10-CV-05617 RS

1  Plaintiff FINISAR CORPORATION ("Finisar") and Defendants OPLINK
2  COMMUNICATIONS INC., OPTICAL COMMUNICATION PRODUCTS, INC. ("Oplink"), by
3  and through their respective counsel, hereby submit, pursuant to Civil L.R. 6-1(b), 6-2 and 7-12,
4  this stipulated and agreed request that the Court delay the Claim Construction Briefing Schedule
5  by two weeks.
6  WHEREAS the parties participated in Court-ordered mediation before Mr. Wulff on
7  November 30, 2011;
8  WHEREAS the parties are continuing to participate in good faith in continuing, active
9  negotiations towards a settlement;
10  WHEREAS the parties believe in good faith that this litigation may be settled within the
11  next two weeks;
12  WHEREAS the Court issued its Amended Joint Schedule and Order (Docket No. 54) on
13  August 2, 2011 (the "Scheduling Order");
14  WHEREAS the Court issued a Stipulation and Order to Amend Claim Construction
15  Schedule Under Civ. L.R. 6-2 on December 1, 2011;
16  WHEREAS the Stipulation and Order requires Finisar to file its Patent L.R. 4-5(a)
17  Opening Claim Construction Brief on December 14, 2011;
18  WHEREAS the Stipulation and Order requires Oplink to file its Patent L.R. 4-5(b)
19  Responsive Claim Construction Brief on January 4, 2011;
20  WHEREAS the Stipulation and Order requires Finisar to file its Patent L.R. 4-5(c) Reply
21  Claim Construction Brief on January 11, 2011;
22  WHEREAS the Stipulation and Order set a tutorial for the Court on January 18, 2012;
23  WHEREAS the Stipulation and Order set the Claim Construction Hearing on January 20,
24  2012;
25  WHEREAS the requested time modification will have minimal effect on any other
26  scheduled dates;
27  WHEREAS the parties agree that delaying the claim construction briefing schedule by
28  about two weeks may prevent unnecessary expense, promote judicial economy, and increase the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1  STIPULATION TO AMEND CLAIM CONSTRUCTION
SCHEDULE; CASE NO. 3:10-CV-05617 RS

1  likelihood of an extra-judicial settlement in this litigation;

2  **IT IS HEREBY STIPULATED AND AGREED:**

3  Subject to the Court's approval, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Patent L.R. 4-5(a) Opening Claim Construction Brief | January 6, 2012 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | January 20, 2012 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | January 27, 2012 |
| Tutorial | ~~February 15, 2012 (Court's schedule permitting)~~ February 22, 2012 at 10:00 am |
| Claim Construction Hearing | ~~February 17, 2012 (Court's schedule permitting)~~ February 24, 2012 at 10:00 am |

Dated: December 14, 2011            RESPECTFULLY SUBMITTED,

MORGAN, LEWIS & BOCKIUS LLP


By /s/ Michael J. Lyons
   Michael J. Lyons
   Attorneys for Plaintiff
   FINISAR CORPORATION

I, Michael J. Lyons, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that the signatory identified below has concurred in this filing.

Dated: December 14, 2011            COOLEY LLP


By /s/ Sarah Guske
   Sarah Guske
   Attorneys for Defendant
   OPLINK COMMUNICATIONS INC.,
   OPTICAL COMMUNICATION
   PRODUCTS, INC.,

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

That the Stipulation and [Proposed] Order To Amend Claim Construction Schedule Under Civ. L.R. 6-2 is hereby adopted by the Court. The parties shall comply with this Order.

Dated: __12/14_____, 2011

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE