*E-Filed 1/6/12*

Daniel Johnson, Jr. (State Bar No. 57409)
Michael J. Lyons (State Bar No. 202284)
Dion M. Bregman (State Bar No. 208393)
Ahren C. Hsu-Hoffman (State Bar No. 250469)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: djjohnson@morganlewis.com
E-mail: mlyons@morganlewis.com
E-mail: dbregman@morganlewis.com
E-mail: ahsu-hoffman@morganlewis.com

Attorneys for Plaintiff
FINISAR CORPORATION

Thomas J. Friel, Jr. (SBN 80065)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Tel.: 415.693.2000
Fax: 415.693.2222
E-mail: tfriel@cooley.com

Mark T. Smith (SBN 260845)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel.: 650.843.5122
Fax: 650.857.0663
E-mail: msmith@cooley.com

Sarah J. Guske (SBN 232467)
Wayne O. Stacy (pro hac vice)
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Tel.: 720.566.5000
Fax: 720.566.4099
E-mail: sguske@cooley.com
E-mail: wstacy@cooley.com

Attorneys for Defendants
OPLINK COMMUNICATIONS, INC.,
and
OPTICAL COMMUNICATION
PRODUCTS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>OPLINK COMMUNICATIONS INC.,<br>OPTICAL COMMUNICATION<br>PRODUCTS, INC.,<br><br>    Defendants. | CASE NO. 3:10-cv-05617 RS<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION OF DISMISSAL
CASE NO. 3:10-CV-05617 RS

It is hereby stipulated between Plaintiff FINISAR CORPORATION ("Finisar") and Defendants OPLINK COMMUNICATIONS INC., OPTICAL COMMUNICATION PRODUCTS, INC. ("Oplink"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice and that the parties shall bear their own costs and attorney's fees.

Dated: January 6, 2012

RESPECTFULLY SUBMITTED,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Michael J. Lyons
Michael J. Lyons
Attorney for Plaintiff
FINISAR CORPORATION

Dated: January 6, 2012

COOLEY LLP

By /s/ Sarah Guske
Sarah Guske
Attorney for Defendant
OPLINK COMMUNICATIONS INC.,
OPTICAL COMMUNICATION
PRODUCTS, INC.,

**FILER'S ATTESTATION**

I, Michael J. Lyons, am the ECF user whose identification and password are being used to file this Stipulation of Dismissal and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Sarah Guske concurs in this filing.

Dated: January 6, 2012

By /s/ Michael J. Lyons
Michael J. Lyons

Attorney for Plaintiff
FINISAR CORPORATION

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

That the Stipulation of Dismissal and [Proposed] Order is adopted by the Court. The above-captioned action is dismissed with prejudice, and the parties shall bear their own costs and attorneys' fees. The Clerk shall close the file.

Dated: __1/6_____, 2012

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION OF DISMISSAL
CASE NO. 3:10-CV-05617 RS